UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| KENNETH G. CHARRON, SR., ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 4:10CV01487 HEA |
| ) | (TIA) |
| DOUGLAS J. PRUDDEN, ) | |
| ) | |
| Respondent. ) | |

**MEMORANDUM AND ORDER
OF UNITED STATES MAGISTRATE JUDGE**

This matter is before the Court on Petitioner's Request for Clarification. (Docket No. 24/filed January 7, 2011). The case was referred to the undersigned for a report and recommendation pursuant to 28 U.S.C. § 636(b).

Review of the Memorandum and Order of December 29, 2010 reveals an error in last sentence of the first paragraph on page one. Accordingly,

**IT IS HEREBY ORDERED NUNC PRO TUNC** that the last sentence in paragraph one on page one of the Memorandum and Order of December 29, 2010 shall be amended to read as follows: The case was referred to the undersigned for a report and recommendation pursuant to 28 U.S.C. § 636(b).

**IT IS FURTHER ORDERED** that Petitioner's Request for Clarification (Docket No. 24) is Denied as Moot in light of the Order entered by the Honorable Henry E. Autrey on January 12, 2011, declining to reconsider the undersigned's decision of December 29, 2010 and finding no basis for any of the alternative relief sought by Petitioner.

/s/ Terry I. Adelman
UNITED STATES MAGISTRATE JUDGE

Dated this  21st  day of July, 2011.